# REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | MS.MiscOrd | | | |
|---|---|---|---|---|
| CASE NO:<br>Misc 14-1177 | DATE REFERRED:<br>10/24/14<br><br>DISPOSITION DATE: | PURPOSE:<br>Motion [1] to Modify for resolution | JUDGE:<br>Ketanji B. Jackson | MAG. JUDGE |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| CITIZEN AWARENESS PROJECT, INC | UNITED STATES OF AMERICA |

ENTRIES: